IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JILL NIELSEN,<br><br>    Plaintiff,<br><br>v.<br><br>TRACTOR SUPPLY COMPANY and GARY COLLINS,<br><br>    Defendants. | Case No. 8:09CV03220<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Stipulation of Dismissal filed by the parties, the Court hereby ORDERS that this action be dismissed with prejudice.  Each party shall bear its own costs.

DATED:   November 30, 2010

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge